| | |
|---|---|
| Allan D. NewDelman, Esq, (004066)<br>ALLAN D. NEWDELMAN, P.C.<br>80 East Columbus Avenue<br>Phoenix, Arizona 85012<br>Telephone: (602) 264-4550<br>Facsimile: (602) 277-0144<br>Email: ANEWDELMAN@QWESTOFFICE.NET<br>Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceeding Under |
| | ) | Chapter 11 |
| Joseph Bianchi | ) | |
| | ) | Case No. 2-08-bk-18025 SSC |
| | ) | |
| Debtor | ) | |
| | ) | |
| _____ | ) | NOTICE OF SERVICE OF |
| | ) | DISCOVERY |
| Flagstar Bank, FSB | ) | |
| | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| Joseph Bianchi | ) | |
| | ) | |
| | ) | |
| Debtor; | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Notice is hereby given that Joseph Bianchi, by and through undersigned counsel, Allan D. NewDelman, served by first-class mail, a Request for Production of Document to Flagstar Bank, FSB, c/o Leonard McDonald, Tiffany & Bosco, P.A., 2525 East Camelback Road, Third Floor, Phoenix, AZ 85016 on the date below referenced.

DATED this 18th day of August, 2009.

ALLAN D. NEWDELMAN, P.C.

_____
Allan D. NewDelman
Attorney for Debtor

A copy of the foregoing
mailed this 18th day of
August, 2009, to:

Leonard J. McDonald, Esquire
Tiffany & Bosco, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Counsel for the Movant


/s/ R. Scott Graves
R. Scott Graves
Paralegal