Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| Joseph Bianchi | Case No. 2-08-bk-18025 SSC |
| Debtor | |
| | NOTICE OF SERVICE OF DISCOVERY |
| Flagstar Bank, FSB | |
| Movant, | |
| -vs- | |
| Joseph Bianchi | |
| Debtor; | |
| Respondent. | |

    Notice is hereby given that Joseph Bianchi, by and through undersigned counsel, Allan D. NewDelman, served by first-class mail and via fac simile, a Request for Admissions and non-uniform Interrogatories to Flagstar Bank, FSB, c/o Leonard McDonald, Tiffany & Bosco, P.A., 2525 East Camelback Road, Third Floor, Phoenix, AZ 85016, Fax No. (602) 255-0192 on the date below

referenced.

DATED this 14th day of October, 2009.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman, Esq.
Counsel for the Debtor

A copy of the foregoing
mailed and faxed this 13th
day of October, 2009, to:

Rene Sandler Shamblin
U.S. Trustee's Office
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

Leonard J. McDonald, Esquire
Tiffany & Bosco, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
(602) 255-0192
Counsel for the Movant

Joseph Bianchi
48127 East Calle De Los Arboledos
Cave Creek, AZ 85331
Debtor/Respondent



/s/ R. Scott Graves
R. Scott Graves
Paralegal