Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under |
| | Chapter 11 |
| Joseph Bianchi | |
| | Case No. 2-08-bk-18025 SSC |
| Debtor | |
| | MOTION TO COMPEL MOVANT TO |
| | PRODUCE DOCUMENTS |
| Flagstar Bank, FSB | |
| Movant, | |
| -vs- | |
| Joseph Bianchi | |
| Debtor; | |
| Respondent. | |

Come now the Debtor, Joseph Bianchi, by and through counsel, Allan D. NewDelman, P.C., and moves the Court this Court for an Order compelling Flagstar Bank, FSB to produce documents and in support states as follows:

1.

This case was commenced by the filing of a Chapter 11 petition on December 12, 2008.

2.

Flagstar Bank, FSB ("Flagstar"), filed a Motion for Relief from Automatic Stay on August 5, 2009. A response to the Motion was filed by the Debtor's counsel on August 18, 2009.

3.

Counsel for the Debtor issued a Request for Production of Documents to Counsel for the Movant on August 19, 2009. The Notice to Produce Documents was filed with this Court on August 19, 2009 (Docket No. 70). The deadline to produce the documents was August 31, 2009.

4.

As of October 13, 2009, Counsel for Flagstar has blatantly failed to acknowledge receipt of the Request for Production of Documents or ask for an extension of time to comply with the Request. Counsel for the Debtor sent a follow-up email to Counsel for Flagstar on October 8, 2009 asking for an update and when he would be complying with the Request. No response has been received as of the date that this Motion is being filed. In addition, Counsel for the Debtor attempted to reach Leonard McDonald, counsel for Flagstar, on October 14, 2009 to speak with as to the status of the Request. Counsel for the Debtor was transferred to Paul, Mr. McDonald's legal assistant, and was that Mr. McDonald was not available. Counsel for the Debtor left a message with Paula that he needed to speak with Mr. McDonald about the outstanding discovery in this matter and asked that Mr. McDonald call im as soon as possible. As of the time that this Motion is being filed, Counsel for the Debtor has not

head from Mr. McDonald.

5.

The Court has set a preliminary hearing on the Movant's Motion for Relief from Automatic Stay and the Debtor's Motion to Dismiss the Motion for Relief from Automatic Stay for October 29, 2009 at 1:30 p.m.

6.

The documents listed in the Request for Production of Documents are necessary for the Debtor to defend the Motion for Relief from Automatic Stay and to prosecute the Motion to Dismiss the Motion for Relief from Automatic Stay.

7.

The Debtor moves the Court to enter an Order requiring Flagstar Bank, FSB to produce all of the documents listed in the Request for Production of Documents on or before October 22, 2009. In the event that Flagstar fails to turnover the documents, the Debtor moves the Court to dismiss the Motion for Relief from Automatic Stay and vacate the Hearing set for October 29, 2009 at 1:30 p.m. upon the filing of a Notice of Default by the Debtor's counsel.

8.

The Debtor also moves the Court to allow his counsel to recover attorney's fees in the amount of $500.00 for having to file this Motion.

Respectfully submitted 14th day of October, 2009.

                ALLAN D. NEWDELMAN, P.C.

                /s/ Allan D. NewDelman
                Allan D. NewDelman, Esq.
                Counsel for the Debtor

A copy of the foregoing mailed and faxed this 14th day of October, 2009, to:

Rene Sandler Shamblin
U.S. Trustee's Office
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
(602) 514-7270


Leonard J. McDonald, Esquire
Tiffany & Bosco, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
(602) 255-0192
Counsel for the Movant

Joseph Bianchi
48127 East Calle De Los Arboledos
Cave Creek, AZ 85331
Debtor/Respondent


/s/ R. Scott Graves
R. Scott Graves
Paralegal