# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** JOSEPH BIANCHI
**Case Number:** 2:08-bk-18025-SSC  **Chapter:** 11
**Date / Time / Room:** THURSDAY, OCTOBER 29, 2009 01:30 PM  7TH FLOOR #701
**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** ANDAMO PURVIS

## Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FLAGSTAR BANK
   R / M #:   64 / 0

2) HEARING ON DEBTOR'S MOTION TO DISMISS MOTION FOR RELIEF AUTOMATIC STAY
   R / M #:   86 / 0

3) HEARING ON DEBTOR'S MOTION TO COMPEL FLAGSTAR BANK FSB TO PRODUCE DOCUMENTS
   R / M #:   93 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR JOSEPH BIANCHI
LEONARD J. MCDONALD, ATTORNEY FOR FLAGSTAR BANK

## Proceedings:

1,2,3) Mr. McDonald states that he does not have discovery information today. He asked the court to set a trial.  Mr. NewDelman states that Mr. McDonald does not have standing and he is requesting attorney fees.

COURT: THE COURT NOTES THAT MR. MCDONALD DID NOT RESPOND TO THE MOTION TO COMPEL, OR TO THE MOTION TO DISMISS.  IT IS ORDERED THAT THE MOTION FOR STAY RELIEF IS DENIED WITHOUT PREJUDICE.  IT IS FURTHER ORDERED GRANTING THE MOTION TO COMPEL, AND THE MOTION TO DISMISS. IT IS FURTHER ORDERED THAT MR. NEWDELMAN WILL BE AWARDED FEES AND COST, AND  HE IS DIRECTED TO SUBMIT AN APPROPRIATE  AFFIDAVIT ON HIS FEES AND COSTS.